O
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARK C. SNODGRASS,

        Plaintiff,

  vs.

PACIFIC MARITIME ASSOCIATION
and DOES 1 to 100,

        Defendants.

) CASE NO. 2:16-cv-1981 ODW (SSx)
)
) **ORDER GRANTING STIPULATION TO**
) **REMAND REMOVED ACTION TO**
) **STATE COURT AND DENYING**
) **WITHOUT PREJUDICE LEAVE TO**
) **FILE FIRST AMENDED COMPLAINT**
)
)
)
)

   IT IS ORDERED THAT, pursuant to the stipulation and agreement of the Parties and good cause appearing:

   The action is remanded to the Superior Court of California for the County of Los Angeles.

   The Court DENIES without prejudice leave for Plaintiff to file the First Amended Complaint.  Plaintiff can file an amended complaint in state court.

Dated:  September 9, 2016

                 
           Honorable Otis D. Wright, II